THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**QUALIA LABS, INC.,**<br><br>Defendant. | Case No. 1:23-cv-00351-RP<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Digital Verification Systems, LLC ("Plaintiff") and Defendant Qualia Labs, Inc. ("Defendant") hereby stipulate and agree:

1. All claims asserted by Plaintiff in the above-captioned action are hereby dismissed with prejudice.

2. All counterclaims asserted by Defendant in the above-captioned action are hereby dismissed without prejudice.

3. Each party shall bear its own attorneys' fees, costs, and expenses in connection with this action.

Dated:  September 21, 2023

GARTEISER HONEA, PLLC                    FISH & RICHARDSON P.C.

<div style="display: flex;">

/s/ *René A. Vazquez*
René A. Vazquez
Virginia Bar No. 41988
rvazquez@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com
Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com

119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

*Attorneys for Plaintiff*

/s/ *Neil J. McNabnay*
Neil J. McNabnay
mcnabnay@fr.com
Texas Bar No. 24002583
Ricardo J. Bonilla
Texas Bar No. 24082704
bonilla@fr.com
Noel F. Chakkalakal
Texas Bar No. 24053676
chakkalakal@fr.com
Rodeen Talebi
Texas Bar No. 24103958
talebi@fr.com
Philip G. Brown
pgbrown@fr.com
Texas Bar No. 24132695

1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

*Attorneys for Defendant*

</div>